People v Ford (2020 NY Slip Op 51286(U))

[*1]

People v Ford (Barshawn)

2020 NY Slip Op 51286(U) [69 Misc 3d 135(A)]

Decided on October 30, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on October 30, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., BERNICE D. SIEGAL, WAVNY
TOUSSAINT, JJ

2017-1899 Q CR

The People of the State of New York,
Respondent, 
against
Barshawn Ford, Appellant. 

Appellate Advocates (Samuel Barr of counsel), for appellant.
Queens County District Attorney (John M. Castellano, Johnnette Traill and Hannah X. Scotti of
counsel), for respondent.

Appeal from a judgment of the Criminal Court of the City of New York, Queens County
(Althea E. M. Drysdale, J.), rendered September 13, 2017. The judgment convicted defendant,
after a nonjury trial, of criminal possession of marihuana in the fifth degree, unlawful possession
of marihuana, and double parking, and imposed sentence.

ORDERED that the appeal, insofar as is from so much of the judgment as convicted
defendant of criminal possession of marihuana in the fifth degree and unlawful possession of
marihuana, is dismissed as academic; and it is further,
ORDERED that the appeal, insofar as is from so much of the judgment as convicted
defendant of double parking, is dismissed as abandoned.
Defendant was charged in a prosecutor's information with criminal possession of marihuana
in the fifth degree (former Penal Law § 221.10 [1]), unlawful possession of marihuana
(former Penal Law § 221.05), and double parking (Vehicle and Traffic Law § 1202 [1]
[a]). Defendant's September 13, 2017 convictions of criminal possession of marihuana in the fifth
degree and unlawful possession of marihuana have been automatically "vacated and dismissed"
[*2]and rendered "legally invalid," by operation of CPL 160.50
(5), which became effective on August 28, 2019. Thus, the appeal, insofar as is from so much of
the judgment as convicted defendant of criminal possession of marihuana in the fifth degree and
unlawful possession of marihuana, is dismissed as academic (see People v Taite, 65 Misc 3d 137[A], 2019 NY Slip Op 51671[U]
[App Term, 1st Dept 2019]; see also
People v Disano, 67 Misc 3d 131[A], 2020 NY Slip Op 50439[U] [App Term, 1st Dept
2020]; People v Williams, 65 Misc
3d 154[A], 2019 NY Slip Op 51908[U] [App Term, 1st Dept 2019]). Additionally, as
defendant raises no issue with respect to his conviction of double parking, the appeal, insofar as
is from so much of the judgment as convicted him of this offense, is dismissed as
abandoned.
ALIOTTA, P.J., SIEGAL and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: October 30, 2020